## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 1 5 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** _1:22cr27_ |
| **DAVID E. RYAN,** | **Violations:** **18 U.S.C. § 922(g)(1)** |
| Defendant. | **18 U.S.C. § 924(a)(2)** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Unlawful Possession of a Firearm)

On or about September 10, 2021, in Braxton County, in the Northern District of West Virginia, defendant **DAVID E. RYAN**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, on or about November 28, 2018, defendant **DAVID E. RYAN** was convicted of Sexual Abuse in the First Degree in the Circuit Court of Pocahontas County, West Virginia, in case number 17-F-10(RR), did knowingly possess a firearm in and affecting interstate commerce, that is, a Davis Industries single-action (Derringer) pistol, model DM-22, .22 Mag caliber, serial number 532704, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), including:

1. a Davis Industries single-action (Derringer) pistol, model DM-22, .22 Mag caliber, serial number 532704; and

2. any associated ammunition.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Christopher L. Bauer
Assistant United States Attorney